# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-0294
Lower Tribunal No. 2022-DR-012015

———————————————

JESSICA C. ADAMS,

Appellant,

v.

RAYFIELD ADAMS,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Craig A. McCarthy, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Gary S. Israel, Orlando, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED